[No. 20892-0-II.    Division Two.    January 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DUANE L. GOSS, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 92-1-00061-8, Joel M. Penoyar, J., entered June 28, 1996. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[No. 21521-7-II.    Division Two.    January 23, 1998.]

*In the Matter of the Marriage of* CAYCE R. YOUNG, *Respondent*, and MARIO E. YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-3-05508-0, Thomas R. Sauriol, J., entered December 6, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong and Hunt, JJ.

[No. 15854-3-III.    Division Three.    February 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH ALLEN ERICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-01784-4, Robert D. Austin, J., entered June 12, 1996. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kato, JJ.

[No. 34640-7-I.    Division One.    February 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CONRAD STARKEL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 93-1-00230-3, Michael F. Moynihan, J., entered May 12, 1994. *Affirmed* by unpublished per curiam opinion.